tor, etc., against Mary Ann Main and others. No opinion. Judgment affirmed, with costs.

BEARDSLEY, Appellant, v. MAIN et al., Respondents. (Supreme Court. Appellate Division, Fourth Dpartment. October 18, 1912.) Action by Manley J. Beardsley, as administrator, etc., against Mary Ann Main and others. No opinion. Order affirmed, with $10 costs and disbursements.

BELDEN, Respondent, v. COLEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by George G. Belden, as administrator de bonis non, etc., of Henry Belden, deceased, against Charles W. Coleman, as executor, etc., of Charles Donohue, deceased.

PER CURIAM. Order, in so far as appealed from, modified in the following particulars: First. So much of paragraph XV of the complaint as is contained in that portion thereof beginning with the words, "In opposition to said application it was set forth," etc., and concluding with the words, "and that the Supreme Court had jurisdiction to so determine, in the aforesaid action then pending," should be stricken out. Second. So much of paragraph XVI as follows the words "verified according to law" should be stricken out. Third. The words "having been advanced as a preferred cause upon the motion of the plaintiff, which said motion was granted over the opposition of said William Belden, defendant therein," should be stricken out from paragraph XVII. Fourth. The last sentence of paragraph XXII should be stricken out. As thus modified, so much of the order as is appealed from is affirmed, without costs. See, also, 136 N. Y. Supp. 1130.

BENJAMIN v. BROWNSTEIN. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Ephraim Benjamin against Daniel J. Brownstein. No opinion. Application denied, with $10 costs. Order signed. See, also, 135 N. Y. Supp. 1099.

In re BENSEL et al. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) In the matter of the application and petition of John A. Bensel and others to acquire real estate, etc., in the towns of Mt. Pleasant and Greenburgh, etc., Southern Aqueduct Department, Consolidated Sections Nos. 15 and 17.

PER CURIAM. Order, in so far as appealed from, reversed, with $10 costs and disbursements, upon the authority of In the Matter of Simmons, Hill View Reservoir, Section 1, Parcel 5, 151 App. Div. 445, 135 N. Y. Supp. 921, and proceeding remitted to the Special Term to consider the application upon the merits. See, also, 137 N. Y. Supp. 374.

HIRSCHBERG, J., dissents.

BERMEL, Respondent, v. HUNER, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Felix M Bermel against John T.

Huner. No opinion. Judgment and order unanimously affirmed, with costs.

BERRYMAN, Respondent, v. MANHATTAN TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Wilson Berryman, as administrator, against the Manhattan Transit Company. C. J. Gleason, of New York City, for appellant. C. Steckler, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $7,500, in which event, judgment, as so modified, and order appealed from, affirmed without costs. Settle order on notice.

BIANCHI v. LEON. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Maurice G. D. Bianchi against Maurice Leon. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 138 App. Div. 215, 122 N. Y. Sup. 1004.

BIER, Respondent, v. TWENTY–FIFTH CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Siegfried M. Bier against the Twenty-Fifth Construction Company. A. E. Smith, of Bronxville, for appellant. C. E. Thorn, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 135 N. Y. Supp. 1100.

In re BLACKWELL'S ISLAND BRIDGE. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Blackwell's Island Bridge. No opinion. Referee's report confirmed. Settle order on notice. See, also, 135 N. Y. Supp. 1100; 137 N. Y. Supp. 1111.

In re BLACKWELL'S ISLAND BRIDGE. In re MEAD. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Blackwell's Island Bridge. In the matter of one Mead. No opinion. Referred to H. A. Gildersleeve, official referee. Settle order on notice. See, also, 137 N. Y. Supp. 1111.

BOHRINGER, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) Action by Leonhard Bohringer, as administrator, etc., against Samuel O. Campbell. No opinion. Motion for reargument (of 137 N. Y. Supp. 241) granted, without costs, and case set down for Tuesday, November 19, 1912.

In re BOLAND. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Frank A. K. Boland. No opinion. Application granted, and petitioner reinstated. Settle order on notice. See, also, 149 App. Div. 947, 134 N. Y. Supp. 1126.